### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 11-62153-CIV-DIMITROULEAS/SNOW

GERALD MOORE

      Plaintiff,

vs.

AMERIFINANCIAL SOLUTIONS, LLC, and
IMPERIAL POINT MEDICAL CENTER,

      Defendants.

_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 24], filed on January 19, 2012. The Court has carefully considered the Stipulation, notes the signature of the remaining parties,[1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Joint Stipulation for Dismissal with Prejudice [DE 24] is **APPROVED**;

2.    This action is **DISMISSED with prejudice** as to Defendant Amerifinancial Solutions, LLC;

3.    Each party shall bear its own attorneys' fees and costs except as otherwise agreed by the parties;

4.    As there are no remaining defendants in this action, the Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

_____

[1] A previous Stipulation of Dismissal dismissed Defendant Imperial Point Medical Center. *See* [DE 20].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

20th day of January, 2012.


WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record